# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1253**
**CAF 14-01687**
PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND VALENTINO, JJ.

---

IN THE MATTER OF CRYSTIANA M.
------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

CRYSTAL M., RESPONDENT-APPELLANT.

---

ALAN BIRNHOLZ, EAST AMHERST, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

JESSICA L. VESPER, ATTORNEY FOR THE CHILD, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered August 1, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the subject child in the custody of Tammy A.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Francis S. [Wendy H.]*, 67 AD3d 1442, *lv denied* 14 NY3d 702).

Entered:  November 13, 2015                    Frances E. Cafarell
                                               Clerk of the Court